# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:14-cv-313-GCM

| | |
|---|---|
| SHAWN LYNDON SLADE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN W. COLVIN, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion to Proceed In Forma Pauperis. (Doc. No. 2).

In this matter, Plaintiff is seeking review of a final determination of the Commissioner of Social Security, holding that he is not entitled to a period of disability and disability benefits under Title II and Title XVI of the Social Security Act. (Doc. No. 1). The Court has considered Plaintiff's affidavit, which shows a monthly income of $1340.00 in the form of disability payments, and that he expects to receive the same next month. (Doc. No. 2 at 2). Plaintiff reports monthly expenses of $62.00, in the form of life insurance payments. See (Id. at 4). Plaintiff reports no other monthly expenses. Plaintiff reports no money in cash or in any financial accounts. (Id.). Plaintiff has left blank the part of his affidavit in which he is told to provide any other information to help explain why he cannot pay the costs of these proceedings.

The Court cannot determine from Plaintiff's current financial affidavit whether he is entitled to proceed in forma pauperis. That is, Plaintiff reports monthly expenses of only $62.00, all in the form of life insurance payments. Plaintiff reports no expenses for necessities of life such as food. It is inconceivable that Plaintiff has no expenses for items such as food.

Therefore, the Court will order Plaintiff to resubmit his financial affidavit, providing more detail regarding his monthly expenses and the source of funds for those expenses.

**IT IS, THEREFORE, ORDERED** that, within ten days of this Order, Plaintiff shall, with assistance from counsel if necessary, resubmit his financial application providing more detail with regard to his monthly expenses, whether he receives financial assistance for those monthly expenses, and explaining why he cannot pay the cost of these proceedings.

Signed: June 26, 2014

Graham C. Mullen
United States District Judge